**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7477**

CARL EDWARD WILEY,

Plaintiff - Appellant,

v.

GREGORY A. NEWMAN, Individually and in their Official
Capacity; NATHAN C. RAMSEY, Individually and in their
Official Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Robert J. Conrad,
Jr., Chief District Judge. (1:11-cv-00256-RJC)

Submitted: December 20, 2012          Decided: December 27, 2012

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Carl Edward Wiley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Edward Wiley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Wiley's motion to schedule oral argument and affirm the appeal for the reasons stated by the district court. Wiley v. Newman, No. 1:11-cv-00256-RJC (W.D.N.C. Aug. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2